**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kasym Zholdoshbai Uulu,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-10215-PHX-JZB

**ORDER**

This matter is before the Court upon its own review. On November 16, 2026, Petitioner filed his "Motion to Enforce Order Granting Petition for Writ of Habeas Corpus." (Doc. 11.) In the Motion, Petitioner avers that "Respondents released Petitioner but did not comply with that directive in two respects." (*Id.* at 1.) First, Petitioner states that Respondents have retained his Illinois commercial driver's license. (*Id.*) Second, Petitioner asserts that his new order of release on recognizance imposes new conditions that did not exist before his detention. (*Id.*) The Court shall set a deadline for Respondents to respond to the instant Motion.

//

///

//

///

//

///

Accordingly,

**IT IS ORDERED** that Respondent's deadline to file a response to Petitioner's Motion to Enforce Order Granting Petition for Writ of Habeas Corpus is **NOVEMBER 24, 2026**, at **5:00 P.M.**

Dated this 16th day of November, 2026.

Honorable John Z. Boyle
United States Magistrate Judge